**Fill in this information to identify the case:**

Debtor name: **Progressive Acute Care, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known): **16-50740**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 31, 2016**   X **/s/ Daniel Rissing**
Signature of individual signing on behalf of debtor

**Daniel Rissing**
Printed name

**CEO**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Progressive Acute Care, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**
Case number (if known): **16-50740**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3M Health Information Systems 575 West Murray Boulevard Salt Lake City, UT 84123 | | | | | | $26,807.50 |
| Acadian Ambulance Service, Inc. PO Box 92970 Lafayette, LA 70509-2970 | | Lawsuit (PAC-D) | | | | $15,789.57 |
| Advanced Radiographics, Inc. 1113 Ridge Road Duson, LA 70529 | | Lawsuit (PAC-D) | | | | $72,000.00 |
| AFCO 5600 N. River Road, Suite 400 Des Plaines, IL 60018-5187 | | | | | | $17,302.84 |
| Apptix, Inc. Dept CH 17826 Palatine, IL 60055-7826 | | | | | | $13,672.52 |
| Associated Design Group, Inc. 3909 W. Congress, Suite 201 Lafayette, LA 70506 | | Lawsuit (PAC-D) | | | | $13,485.00 |
| BMW Financial Services Customer Service PO Box 3608 Dublin, OH 43016-0306 | | | | | | $19,087.26 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Couch, Conville & Blitt, LLC** <br> 1450 Poydras Street, Suite 2200 <br> New Orleans, LA 70112 | | | | | | $14,531.77 |
| **Crowe Horwath, LLP** <br> 225 West Wacker Drive, Suite 2600 <br> Chicago, IL 60606 | | | | | | $48,290.00 |
| **Durio, McGoffin, Stagg & Ackerman** <br> PO Box 51308 <br> Lafayette, LA 70505 | | | | | | $18,252.11 |
| **IPFS Corporation** <br> 1055 Broadway Boulevard, 11th Floor <br> Kansas City, MO 64105 | | | | | | $178,170.72 |
| **LAMMICO** <br> Attn: Marie Margot <br> One Galleria Boulevard, Suite 700 <br> Metairie, LA 70001 | | | | | | $14,200.00 |
| **LHA Malpractice & General Liability Trust** <br> PO Box 40318 <br> Baton Rouge, LA 70835-0318 | | | | | | $28,789.61 |
| **LHA Workers' Compensation** <br> PO Box 40318 <br> Baton Rouge, LA 70835-0318 | | | | | | $13,564.00 |
| **Met Life SBC** <br> PO Box 804466 <br> Kansas City, MO 64180-4466 | | | | | | $43,455.76 |
| **NES Louisiana, Inc.** <br> PO Box 277001 <br> Atlanta, GA 30384-7001 | | | | | | $819,227.00 |
| **Parallon Business Solutions, LLC** <br> Attn: Leslie Newman, Managing Counsel <br> 6640 Carothers Parkway, Suite 500 <br> Franklin, TN 37067 | | | | | | $1,200,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Truven Health Analytics<br>100 Phoenix Drive<br>Ann Arbor, MI 48108 | | | | | | $43,779.00 |
| UMR<br>PO Box 690450<br>San Antonio, TX 78269 | | | | | | $15,274.48 |
| Waller, Lansden, Dortch & Davis, LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219-8966 | | | | | | $24,703.69 |