**Fill in this information to identify the case:**

Debtor name    **Progressive Acute Care, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **16-50740**

■ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■   Amended *Schedule*    **D, F, G**
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 22, 2016**     X **/s/ Wayne Thompson**
                                     Signature of individual signing on behalf of debtor

                                       **Wayne Thompson**
                                       Printed name

                                       **CFO**
                                       Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Progressive Acute Care, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | **16-50740** |

■ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3M Health Information Systems 575 West Murray Boulevard Salt Lake City, UT 84123 | | | Disputed | | | $26,807.50 |
| Acadian Ambulance Service, Inc. PO Box 92970 Lafayette, LA 70509-2970 | | Lawsuit | Disputed | | | $15,789.57 |
| Advanced Radiographics, Inc. 1113 Ridge Road Duson, LA 70529 | | Lawsuit | Disputed | | | $72,000.00 |
| AFCO 5600 N. River Road, Suite 400 Des Plaines, IL 60018-5187 | | | Disputed | | | $17,302.84 |
| American Arbitration Association Galleria North Tower 2 13727 Noel Road, Suite 700 Dallas, TX 75240-6636 | | | Disputed | | | $10,700.00 |
| Apptix, Inc. Dept CH 17826 Palatine, IL 60055-7826 | | Email Exchange Service | Disputed | | | $13,672.52 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Associated Design Group, Inc. 3909 W. Congress, Suite 201 Lafayette, LA 70506 | | Lawsuit | Disputed | | | $13,485.00 |
| BMW Financial Services Customer Service PO Box 3608 Dublin, OH 43016-0306 | | | Disputed | | | $19,087.26 |
| Couch, Conville & Blitt, LLC 1450 Poydras Street, Suite 2200 New Orleans, LA 70112 | | | Disputed | | | $14,531.77 |
| Crowe Horwath, LLP 225 West Wacker Drive, Suite 2600 Chicago, IL 60606 | | Audit Services | Disputed | | | $48,290.00 |
| Durio, McGoffin, Stagg & Ackerman PO Box 51308 Lafayette, LA 70505 | | Legal Professional Fees | Disputed | | | $18,252.11 |
| LAMMICO Attn: Marie Margot One Galleria Boulevard, Suite 700 Metairie, LA 70001 | | | Disputed | | | $14,200.00 |
| LHA Malpractice & General Liability Trust PO Box 40318 Baton Rouge, LA 70835-0318 | | | Disputed | | | $28,789.61 |
| LHA Workers' Compensation PO Box 40318 Baton Rouge, LA 70835-0318 | | | Disputed | | | $13,564.00 |
| Met Life SBC PO Box 804466 Kansas City, MO 64180-4466 | | | Disputed | | | $43,455.76 |
| Parallon Business Solutions, LLC Attn: Leslie Newman, Managing Counsel 6640 Carothers Parkway, Suite 500 Franklin, TN 37067 | | | Disputed Subject to Setoff | | | $1,200,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The SSI Group, Inc. PO Box 890987 Charlotte, NC 28289-0987** | | **Electronic medical software provider for hospitals.** | **Disputed** | | | **$11,394.77** |
| **Truven Health Analytics 100 Phoenix Drive Ann Arbor, MI 48108** | | | **Disputed** | | | **$43,779.00** |
| **UMR PO Box 690450 San Antonio, TX 78269** | | | **Disputed** | | | **$15,274.48** |
| **Waller, Lansden, Dortch & Davis, LLP 511 Union Street, Suite 2700 Nashville, TN 37219-8966** | | | **Disputed** | | | **$24,703.69** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

Debtor name **Progressive Acute Care, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) **16-50740**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................  $ 21,805,364.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................  $ 21,805,364.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ 13,928,758.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................  $ 1,192.79

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................  +$ 2,688,092.32

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b          $ 16,618,043.29

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- | --- |
| **2.1** | **(*)Sheridan Healthcare**<br>Creditor's Name<br>**of Louisiana. Inc.**<br>**1613 N. Harrison Parkway,**<br>**Suite 200**<br>**Sunrise, FL 33323**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Sheridan Arbitration Award**<br><br>Describe the lien | $760,684.92 | $0.00 |

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | | |
| --- | --- | --- | --- | --- |
| **2.2** | **Allen Emergency Group, LLC**<br>Creditor's Name<br><br>**PO Box 82368**<br>**Lafayette, LA 70598-2368**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Schumacher Lawsuit (Judgment 03/03/2016) (Oakdale)**<br><br>Describe the lien | $322,252.04 | $0.00 |

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☐ **No**
☐ **Yes. Specify each creditor,**
   including this creditor and its
   relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **Avoyelles Emergency Group, LLC** | **Describe debtor's property that is subject to a lien** | $214,390.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 82368**
**Lafayette, LA 70598-2368**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Schumacher Lawsuit (Judgment 03/03/2016) (Avoyelles)**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **Business First Bank** | **Describe debtor's property that is subject to a lien** | $10,500,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Robert Bond**
**8440 Jefferson Hwy**
**Suite 101**
**Baton Rouge, LA 70809**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Accounts and general intangibles.**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Iberia Emergency Group, LLC** | **Describe debtor's property that is subject to a lien** | $268,235.99 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 82368**
**Lafayette, LA 70598-2368**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Schumacher Lawsuit (Judgment 03/03/2016) (Dauterive)**

**Describe the lien**

---

Creditor's email address, if known

☐ **No**
☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ **Yes. Fill out** *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ **No**

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ **Disputed**

---

| 2.6 | **Iberia Physicians Services, LLC** | | **Describe debtor's property that is subject to a lien** | $22,928.49 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 82368**
**Lafayette, LA 70598-2368**

Creditor's mailing address

**Schumacher Lawsuit (Judgment 03/03/2016) (Dauterive)**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ **No**
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

☐ **Yes. Fill out** *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ **No**

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ **Disputed**

---

| 2.7 | **IPFS Corporation** | **Describe debtor's property that is subject to a lien** | $178,170.72 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1055 Broadway Boulevard, 11th Floor**
**Kansas City, MO 64105**

Creditor's mailing address

**Insurance Policies**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ **No**
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ **No**

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ **No**

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.8 | **The Schumacher Group** | Describe debtor's property that is subject to a lien | $1,244,951.27 | $0.00 |
|---|---|---|---|---|

**The Schumacher Group**
Creditor's Name

**of Louisiana, Inc.**
**PO Box 82368**
**Lafayette, LA 70598-2368**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Schumacher Lawsuit (Judgment 03/03/2016)**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **Winn Emergency Group, LLC** | Describe debtor's property that is subject to a lien | $417,144.75 | $0.00 |
|---|---|---|---|---|

**Winn Emergency Group, LLC**
Creditor's Name

**PO Box 82368**
**Lafayette, LA 70598-2368**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Schumacher Lawsuit (Judgment 03/03/2016) (Winn)**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $13,928,758.18 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **(*) Barry D. Alexander**<br>**Polsinelli, PC**<br>**555 Fayetteville Street, Suite 720**<br>**Raleigh, NC 27601** | Line  **2.8** | |

**George C. Freeman, III**
**Barrasso, Usdin, Kupperman,**                     Line __2.1__
**Freeman & Sarver, LLC**
**909 Poydras Street, Suite 2400**
**New Orleans, LA 70112**

---

**Lisa R. Chandler**
**Litigation & Bankruptcy Recovery Manager**        Line __2.7__
**IPFS Corp./Imperial PFS**
**30 Montgomery Street, Suite 1000**
**Jersey City, NJ 07302**

---

**Michael P. Corry, Sr.**
**Patrick J. Briney**                               Line __2.8__
**Briney, Foret, Corry, LLP**
**PO Drawer 51367**
**Lafayette, LA 70505-1367**

---

**Sharon S. Whitlow**
**Long Law Firm**                                   Line __2.4__
**One United Plaza, Suite 500**
**4041 Essen Lane**
**Baton Rouge, LA 70809**

Debtor name **Progressive Acute Care, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) **16-50740**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,084.79 | $1,084.79 |

**2.1**
Priority creditor's name and mailing address
**St. Tammany Parish Tax Collector**
**PO Box 608**
**Covington, LA 70434-0608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Total claim **$1,084.79**
Priority amount **$1,084.79**

Date or dates debt was incurred
**2015**

Basis for the claim:
**Property Tax**

Last 4 digits of account number **3604**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**2.2**
Priority creditor's name and mailing address
**State of Louisiana (*)**
**PO Box 60081**
**New Orleans, LA 70160-0081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Total claim **$108.00**
Priority amount **$108.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,807.50 |
|---|---|---|---|

**3M Health Information Systems**
**575 West Murray Boulevard**
**Salt Lake City, UT 84123**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,789.57 |
|---|---|---|---|

**Acadian Ambulance Service, Inc.**
**PO Box 92970**
**Lafayette, LA 70509-2970**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |
|---|---|---|---|

**Acadiana Bottling Company, Inc.**
**PO Box 80008**
**Lafayette, LA 70598-0008**

Date(s) debt was incurred **01/19/2016**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,009.00 |
|---|---|---|---|

**Acadiana Media Ventures, LLC**
**d/b/a/ Acadiana Lifestyle, Inc.**
**551 Jefferson Street**
**Lafayette, LA 70501**

Date(s) debt was incurred **05/01/2015 - 09/03/2015**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $72,000.00 |
|---|---|---|---|

**Advanced Radiographics, Inc.**
**1113 Ridge Road**
**Duson, LA 70529**

Date(s) debt was incurred **09/30/2015**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,302.84 |
|---|---|---|---|

**AFCO**
**5600 N. River Road, Suite 400**
**Des Plaines, IL 60018-5187**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,700.00 |
|---|---|---|---|

**American Arbitration Association**
**Galleria North Tower 2**
**13727 Noel Road, Suite 700**
**Dallas, TX 75240-6636**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

16-50740 - #204  File 07/22/16  Enter 07/22/16 13:27:16  Main Document  Pg 12 of 37

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**Amerinet**
**c/o Intalere**
**Two City Place Drive, Suite 400**
**Saint Louis, MO 63141**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,672.52 |
|---|---|---|---|

**Apptix, Inc.**
**Dept CH 17826**
**Palatine, IL 60055-7826**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Email Exchange Service__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,485.00 |
|---|---|---|---|

**Associated Design Group, Inc.**
**3909 W. Congress, Suite 201**
**Lafayette, LA 70506**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  03/21/2016

Basis for the claim:  __Lawsuit__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.40 |
|---|---|---|---|

**AT&T (*)**
**PO Box 105262**
**Atlanta, GA 30348-5262**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,666.72 |
|---|---|---|---|

**Avatar International, LLC**
**Orlando Corporate Center**
**1000 Primera Boulevard, Suite 3144**
**Lake Mary, FL 32746**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,087.26 |
|---|---|---|---|

**BMW Financial Services**
**Customer Service**
**PO Box 3608**
**Dublin, OH 43016-0306**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  2016

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.00 |
|---|---|---|---|

**BrickStreet Creative**
**325 Market Street**
**Alton, IL 62002**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.80 |

**Canon (\*)**
14904 Collections Center Drive
Chicago, IL 60693-0149

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |

**Carr, Riggs & Ingram, CPAs**
3501 North Causeway Boulevard, Suite 810
Metairie, LA 70002

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,586.60 |

**Christus Cabrini Surgery Center**
3436 Masonic Drive
Alexandria, LA 71301

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,279.83 |

**CNOS, PC Mike Hurlburt**
575 Sioux Point Road
Dakota Dunes, SD 57049

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,531.77 |

**Couch, Conville & Blitt, LLC**
1450 Poydras Street, Suite 2200
New Orleans, LA 70112

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,106.84 |

**Crothall Services Group**
13028 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,290.00 |

**Crowe Horwath, LLP**
225 West Wacker Drive, Suite 2600
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Audit Services

Is the claim subject to offset? ☑ No ☐ Yes

---

16-50740 - #204  File 07/22/16  Enter 07/22/16 13:27:16  Main Document  Pg 14 of 37

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Dan Newell**
**101 North Main Avenue, Suite 325**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,692.23 |
|---|---|---|---|

**Dan Rissing (*)**
**20 Sweetgrass Lane**
**Kiawah Island, SC 29455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Deferred Compensation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,006.66 |
|---|---|---|---|

**Datafile, Inc.**
**1121 Ridge Road**
**Duson, LA 70529**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **09/30/2015**

Basis for the claim:  **Lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,000.00 |
|---|---|---|---|

**DHP Iberia Rehab, LLC**
**PO Drawer 51782**
**Lafayette, LA 70505**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **05/23/2015**

Basis for the claim:  **Lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,230.74 |
|---|---|---|---|

**Donna Varnado (*)**
**2210 7th Street, Suite B**
**Mandeville, LA 70471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Deferred Compensation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,252.11 |
|---|---|---|---|

**Durio, McGoffin, Stagg & Ackerman**
**PO Box 51308**
**Lafayette, LA 70505**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal Professional Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,025.00 |
|---|---|---|---|

**eSolutions, Inc.**
**8215 W. 108th Terrace**
**Overland Park, KS 66210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,412.50 |
|---|---|---|---|
| | **Findley Davies, Inc.**<br>**6000 Fairview Road, Suite 1200**<br>**PMB: 113706**<br>**Charlotte, NC 28210** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |
|---|---|---|---|
| | **Fisher & Phillips, LLP**<br>**1075 Peachtree Street NE**<br>**Suite 3500**<br>**Atlanta, GA 30309** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,127.58 |
|---|---|---|---|
| | **Fisher Scientific Co., LLC**<br>**Attn: 469909**<br>**PO Box 404705**<br>**Atlanta, GA 30384-4705** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred  **April 2016** | Basis for the claim:  **Services rendered Oct. - Dec. 2015** | |
| | Last 4 digits of account number  **9909** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,596.21 |
|---|---|---|---|
| | **Genasses, LLC**<br>**d/b/a JR Davis Creative**<br>**111 Edinburgh Circle**<br>**Lafayette, LA 70508** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred  **05/01/2015 - 09/03/2015** | Basis for the claim:  **Lawsuit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.63 |
|---|---|---|---|
| | **Global Link Communications, Inc.**<br>**535 Worcester Road**<br>**Framingham, MA 01701** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,468.50 |
|---|---|---|---|
| | **Harmony Healthcare**<br>**2909 W. Bay to Bay Boulevard, Suite 500**<br>**Tampa, FL 33629** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,983.70 |
|---|---|---|---|
| | **HealthStream**<br>**209 10th Avenue South, Suite 450**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,846.28 |
|---|---|---|---|

**Hector Lopez (*)**
**2210 7th Street, Suite B**
**Mandeville, LA 70471**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deferred Compensation**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $463.60 |
|---|---|---|---|

**Hunt Telecommunications, LLC**
**106 Metairie Lawn Drive, Suite 200**
**Metairie, LA 70001**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Ishred (*)**
**PO Box 4058**
**Covington, LA 70434**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jack Traver, Jr.**
**c/o Scott J. Spivey**
**Landry & Spivey**
**3232 Edenborn Avenue, Suite C**
**Metairie, LA 70002**

Date(s) debt was incurred  01/22/2016
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**James Case**
**747 W. Sawgrass Trail**
**Dakota Dunes, SD 57049**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.58 |
|---|---|---|---|

**Kentwood (*)**
**PO Box 660579**
**Dallas, TX 75266-0579**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,950.00 |
|---|---|---|---|

**King, Reinsch, Prosser & Co., LLP**
**522 Fourth Street, Suite 200**
**Sioux City, IA 51101-1620**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Professional Fees**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,998.78 |
|---|---|---|---|

**Koley Jessen PC, LLC**
**One Pacific Place, Suite 800**
**1125 South 103rd Street**
**Omaha, NE 68124**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was
incurred __March 2014 - June 2015__

Basis for the claim: __Independent Contractor Dispute__

Last 4 digits of account number __8302__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.00 |
|---|---|---|---|

**Koley Jessen PC, LLC**
**One Pacific Place, Suite 800**
**1125 South 103rd Street**
**Omaha, NE 68124**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __April 8, 2015__

Basis for the claim: __Private Placement__

Last 4 digits of account number __0302__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,189.00 |
|---|---|---|---|

**Koley Jessen PC, LLC**
**One Pacific Place, Suite 800**
**1125 South 103rd Street**
**Omaha, NE 68124**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __May - July 2015__

Basis for the claim: __Audit Letters__

Last 4 digits of account number __9302__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,558.00 |
|---|---|---|---|

**Koley Jessen PC, LLC**
**One Pacific Place, Suite 800**
**1125 South 103rd Street**
**Omaha, NE 68124**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __May-June 2015__

Basis for the claim: __Miscellaneous/General Services__

Last 4 digits of account number __5302__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,200.00 |
|---|---|---|---|

**LAMMICO**
**Attn: Marie Margot**
**One Galleria Boulevard, Suite 700**
**Metairie, LA 70001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,250.00 |
|---|---|---|---|

**Langlinais, Broussard & Kohlenberg, CPAs**
**PO Box 1123**
**Abbeville, LA 70511-1123**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Preparation of Medicare/Medicaid Cost Reports.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235,404.00 |
|---|---|---|---|

**Leasing Associates of Barrington**
**33 West Higgins Road, Suite 1030**
**Barrington, IL 60010**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Lease/Lawsuit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,789.61 |

**LHA Malpractice & General Liability Trust**
PO Box 40318
Baton Rouge, LA 70835-0318

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,564.00 |

**LHA Workers' Compensation**
PO Box 40318
Baton Rouge, LA 70835-0318

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $362.87 |

**Lincoln Life/Time Financial Services**
21550 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Louisiana Hospital Association**
9521 Brookline Avenue
Baton Rouge, LA 70809-1431

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,455.76 |

**Met Life SBC**
PO Box 804466
Kansas City, MO 64180-4466

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Emnployee/Life/AD&D/Dental Insurance Premium__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Michael Genoff**
55 Ideal Drive
Sandpoint, ID 83864

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192,708.09 |

**Mike Hurlburt (*)**
864 E. Sawgrass Trail
Dakota Dunes, SD 57049

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Deferred Compensation__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NES Louisiana, Inc.**
**PO Box 277001**
**Atlanta, GA 30384-7001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Arbitration**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | | **$977.50** |
|---|---|---|---|

**Ober, Kale, Grimes & Shiver (*)**
**100 Light Street**
**Baltimore, MD 21202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | | **$221.30** |
|---|---|---|---|

**Office Market (*)**
**68486 Hwy 59**
**Mandeville, LA 70471**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | | **$1,200,000.00** |
|---|---|---|---|

**Parallon Business Solutions, LLC**
**Attn: Leslie Newman, Managing Counsel**
**6640 Carothers Parkway, Suite 500**
**Franklin, TN 37067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | | **$546.05** |
|---|---|---|---|

**Pitney Bowes (*)**
**PO Box 371874**
**Pittsburgh, PA 15250-7874**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | | **$855.00** |
|---|---|---|---|

**Prestige Leasing & Management**
**564 N. Eastern Boulevard**
**Montgomery, AL 36117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | | **$708.04** |
|---|---|---|---|

**Provident Life & Accident**
**Insurance Company**
**1 Fountain Square, Suite 1**
**Chattanooga, TN 37402-1303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reliapath, LLC**
**1100 Andre Street, Suite 100**
**New Iberia, LA 70563**

Date(s) debt was
incurred  October - December 2015

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reliapath, LLC**
**1100 Andre Streetm Suite 100**
**New Iberia, LA 70563**

Date(s) debt was incurred  October 2015

Last 4 digits of account number  00LP

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Hylland**
**PO Box 887058**
**Sioux Falls, SD 57103**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Contract for captial placement services

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Southeast Business Systems, Inc.**
**202 Market Street**
**Hammond, LA 70401**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**St. Tammany West Chamber of Commerce**
**610 Hollycrest Boulevard**
**Covington, LA 70433**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,626.51 |
|---|---|---|---|

**Sullivan Stolier Knight, LC (*)**
**909 Poydras Street, Suite 2600**
**New Orleans, LA 70112**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,158.00 |
|---|---|---|---|

**The Physicians Trust**
**LHA Trust Funds**
**4646 Sherwood Common Boulevard**
**Baton Rouge, LA 70816**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,394.77 |
|---|---|---|---|

**The SSI Group, Inc.**
**PO Box 890987**
**Charlotte, NC 28289-0987**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Electronic medical software provider for hospitals.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.00 |
|---|---|---|---|

**Todd & Associates, LLC**
**530 E. College Street**
**Lake Charles, LA 70605**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Workers Compensation Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,779.00 |
|---|---|---|---|

**Truven Health Analytics**
**100 Phoenix Drive**
**Ann Arbor, MI 48108**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,274.48 |
|---|---|---|---|

**UMR**
**PO Box 690450**
**San Antonio, TX 78269**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,324.18 |
|---|---|---|---|

**Venyu**
**7127 Florida Boulevard**
**Baton Rouge, LA 70806**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,703.69 |
|---|---|---|---|

**Waller, Lansden, Dortch & Davis, LLP**
**511 Union Street, Suite 2700**
**Nashville, TN 37219-8966**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,153.72 |
|---|---|---|---|

**Wayne Thompson (*)**
**603 Tops L Drive**
**Mandeville, LA 70448**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deferred Compensation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Avatar International, LLC** **Chicago Corporate Center** **25 E. Washington Street, Suite 600** **Chicago, IL 60602** | Line **3.12** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Eric L. Grenzebach** **Brown, Hay & Stephens, LLP** **PO Box 2459** **Springfield, IL 62705** | Line **3.49** ☐ Not listed. Explain ____ | _ |
| 4.3 | **Henry C. Perret, Jr.** **Jared O. Brinlee** **Perret Doise, LLC** **PO Box 53789** **Lafayette, LA 70505** | Line **3.25** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Jordan T. Precht** **Davidson, Meaux, Sonnier, McElligott,** **Fontenot, Gideon & Edwards, LLP** **810 S. Buchanan Street** **Lafayette, LA 70501** | Line **3.3** ☐ Not listed. Explain ____ | _ |
| 4.5 | **Kenneth W. DeJean** **417 W. University Avenue** **Lafayette, LA 70506** | Line **3.24** ☐ Not listed. Explain ____ | _ |
| 4.6 | **Kenneth W. DeJean** **417 W. University Avenue** **Lafayette, LA 70506** | Line **3.5** ☐ Not listed. Explain ____ | _ |
| 4.7 | **Kenneth W. DeJean** **417 W. University Avenue** **Lafayette, LA 70506** | Line **3.10** ☐ Not listed. Explain ____ | _ |
| 4.8 | **Mark P. Seyler** **Barkley & Thompson, LC** **1515 Poydras Street, Suite 2230** **New Orleans, LA 70112** | Line **3.57** ☐ Not listed. Explain ____ | _ |
| 4.9 | **Sue Tannehill Mann** **Onebane Law Firm** **PO Box 3507** **Lafayette, LA 70502-3507** | Line **3.4** ☐ Not listed. Explain ____ | _ |
| 4.10 | **Sue Tannehill Mann** **Onebane Law Firm** **PO Box 3507** **Lafayette, LA 70502-3507** | Line **3.32** ☐ Not listed. Explain ____ | _ |
| 4.11 | **Terry C. Landry, Jr.** **9213 Interline Avenue** **Baton Rouge, LA 70809** | Line **3.2** ☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

16-50740 - #204  File 07/22/16  Enter 07/22/16 13:27:16  Main Document  Pg 23 of 37

| Debtor | **Progressive Acute Care, LLC** | Case number (if known) | **16-50740** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ 1,192.79 |
| **5b. Total claims from Part 2** | | 5b. + | $ 2,688,092.32 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ 2,689,285.11 |

**Fill in this information to identify the case:**

Debtor name    **Progressive Acute Care, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **16-50740**

■ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | **(*) Please see Amended Exhibit A.** |

**PROGRESSIVE ACUTE CARE, LLC**

**Schedule G**

**AMENDED EXHIBIT A**

| Party to Executory Contract/Lease | Contract/Lease Description | Description | Term Remaining |
|---|---|---|---|
| Air Liquid America Corporation<br>PO Box 301046<br>Dallas, TX 75303-1046 | Bulk Product Agreement dated 12/10/2010<br>Term: 120 months (automatically renewed annually) | Medical Equipment: Liquid Oxygen USP issued to Avoyelles/Oakdale/Winn Hospitals | 56 months |
| (*) Avatar Solutions<br>Attn: Chief Financial Officer<br>1000 Primera Boulevard, Suite 2144<br>Lake Mary, FL 32746 | Contract dated 11/19/2013 | | |
| (*) CPSI<br>6600 Wall Street<br>Mobile, AL 36695 | Contract dated 08/24/2009 | License and support agreement for Avoyelles, Oakdale and Winn | |
| (*) eSolutions, Inc.<br>401 West Frontier Lane, Suite 101<br>Olathe, KS 66061-7221 | Contract dated 08/01/2012 | | |
| GE Capital Corporation<br>PO Box 740423<br>Atlanta, GA 30374-0423 | Master Security Agreement dated 03/13/2015<br>Term: 60 months | Medical Equipment: medDispense Medication Management System issued to Avoyelles/Oakdale/Winn Hospitals | 47 months |
| GE Capital Corporation<br>PO Box 740441<br>Atlanta, GA 30374-0441 | Equipment Lease Agreement dated 03/27/2015<br>Term: 60 months | Office Equipment: (6) Savin MPC 5503 SPF Color Copiers, including accessories, and (3) Savin MP 301 SPF Black/White Copiers, including accessories, issued to Oakdale Hospital | 47 months |
| GE Capital Corporation<br>PO Box 740441<br>Atlanta, GA 30374-0441 | Equipment Lease Agreement dated 06/24/2015<br>Term: 60 months | Office Equipment: (6) Savin MPC 5503 Multifunctional Color Copiers, including accessories, and (4) Savin MP 301 Multifunctional Copiers, including accessories, issued to Winn Hospital | 50 months |
| (*) GE Capital Corporation<br>PO Box 740441<br>Atlanta, GA 30374-0441 | Lease Agreement No. 7808494-001 | Office Equipment: Copiers located at Avoyelles Hospital | |
| (*) HealthStream, Inc.<br>209 10th Avenue South, Suite 450<br>Nashville, TN 37203 | Contract dated December 2013 | | |

| | | |
|---|---|---|
| (*) The SSI Group, Inc.<br>4721 Morrison Drive<br>Mobile, AL 36609 | Master Service Agreement dated January 2014<br>Initial Term: 36 months | ClickON Net Billing software program<br>issued to Avoyelles/Oakdale/Winn<br>Hospitals |

**Fill in this information to identify the case:**

Debtor name __**Progressive Acute Care, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF LOUISIANA__

Case number (if known) __**16-50740**__

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>■ Other __Patient revenue__<br>__before deductions (*)__ | **$365,016,311.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | **Other operating income (*)** | **$2,051,260.00** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |
| 3.1. **See attached Exhibit A.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

    | Creditor's name and address | Describe of the Property | Date | Value of property |
    |---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

    | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
    |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

    | | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
    |---|---|---|---|---|
    | 7.1. | **Please see Exhibit B.** | | | ☐ Pending ☐ On appeal ☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

    ■ None

    | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
    |---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | | | |

| Part 6: | Certain Payments or Transfers |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | | | **$374,150.29 fees paid between 12/29/15 - 5/31/16; retainer at filing: $75,174.50 for wind-down/ restructuring services.** | |
| | **SOLIC Advisors**<br>**1603 Orrington Avenue, Suite 1600**<br>**Evanston, IL 60201** | | | **$449,324.79** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Steffes, Vingiello & McKenzie, LLC**<br>**13702 Coursey Boulevard**<br>**Building 3**<br>**Baton Rouge, LA 70817** | **Attorney Fees/Expenses Incurred and Retainer** | **02/09/2016 - 05/31/2016** | **$184,383.20** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

　　　☐ No Go to Part 10.
　　　■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan EIN:  **26-2491719** |
|---|---|

　　　Has the plan been terminated?
　　　■ No
　　　☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Business First Bank**<br>**Attn: Robert Bond**<br>**8440 Jefferson Hwy**<br>**Suite 101**<br>**Baton Rouge, LA 70809** | **XXXX-2801** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Escrow** | | **$17.57** |
| 18.2. | **Business First Bank**<br>**Attn: Robert Bond**<br>**8440 Jefferson Hwy**<br>**Suite 101**<br>**Baton Rouge, LA 70809** | **XXXX-6705** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Money Market** | | **$901.28** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed | |
|---|---|---|---|
| 25.1. **Progressive Acute Care Avoyelles, LLC 2210 7th Street, Suite B Mandeville, LA 70471** | **Hospital** | EIN: From-To | **26-3147245** **2008-Present** |
| 25.2. **Progressive Acute Care Dauterive, LLC 2210 7th Street, Suite B Mandeville, LA 70471** | **Former hospital** | EIN: From-To | **36-4756243** **2012-2015** |
| 25.3. **Progressive Acute Care Oakdale, LLC 2210 7th Street, Suite B Mandeville, LA 70471** | **Hospital** | EIN: From-To | **26-3147332** **2008-Present** |
| 25.4. **Progressive Acute Care Winn, LLC 2210 7th Street, Suite B Mandeville, LA 70471** | **Hospital** | EIN: From-To | **26-3147149** **2008-Present** |

---

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.5. **Progressive Acute Care Physician Services, LLC 2210 7th Street, Suite B Mandeville, LA 70471** | **Inactive** | EIN:<br><br>From-To  **2008-Present** |
| 25.6. **Progressive Acute Care Physician Services Dauterive, LLC 2210 7th Street, Suite B Mandeville, LA 70471** | **Physician billing** | EIN:<br><br>From-To  **2008-Present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Wayne Thompson 17 Heron lane Mandeville, LA 70471** | |
| 26a.2. **Shannon Herring 2210 7th Street Mandeville, LA 70471** | |
| 26a.3. **Doug Lahasky** | |
| 26a.4. **Suzette Fatula 130 N. Hospital Drive Oakdale, LA 71463** | **thru 01/31/2016** |
| 26a.5. **Mona Rabalais 4321 LA Hwy 1192 Marksville, LA 71351** | **thru 08/21/2015** |
| 26a.6. **Katie Stansbury** | |
| 26a.7. **Jackie Bedia** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Ericksen Krental LaPorte 4227 Canal Street New Orleans, LA 70119** | **2014 Audit** |
| **Name and address** | **Date of service From-To** |
| 26b.2. **Crowe Horwath, LLP 225 West Wacker Drive, Suite 2600 Chicago, IL 60606** | **2015 Audit (in progress)** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
| --- | --- |
| 26d.1. | **Business First Bank**<br>**Attn: Robert Bond**<br>**8440 Jefferson Hwy**<br>**Suite 101**<br>**Baton Rouge, LA 70809** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Dan Newell | 101 North Main Avenue, Suite 325<br>Sioux Falls, SD 57104 | Board Member | |
| Dan Rissing (*) | 20 Sweetgrass Lane<br>Kiawah Island, SC 29455 | CEO | See List of Equity Security Holders |
| Daniel Rissing, II | 3069 Williams Creek<br>Cincinnati, OH 45244 | Vendor Relations Manager | |
| James Case | 747 W. Sawgrass Trail<br>Dakota Dunes, SD 57049 | Board Member | |
| Michael Genoff | 55 Ideal Drive<br>Sandpoint, ID 83864 | Board Member | |
| Mike Hurlburt (*) | 864 E. Sawgrass Trail<br>Dakota Dunes, SD 57049 | COO and Chairman of the Board | See List of Equity Security Holders |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Wayne Thompson (*) | 603 Tops L Drive Mandeville, LA 70448 | CFO | See List of Equity Security Holders |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Dan Newell (*)**<br>**101 North Main Avenue, Suite 325**<br>**Sioux Falls, SD 57104** | **$5,000** | **June 2015 - November 2015** | **Board Compensation** |
| | **Relationship to debtor**<br>**Board Member** | | | |
| 30.2. | **Dan Rissing**<br>**20 Sweetgrass Lane**<br>**Kiawah Island, SC 29455** | **$294,341.33** | **June 2015 - June 2016** | **Salary** |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.3. | **Daniel Rissing, II**<br>**3069 Williams Creek**<br>**Cincinnati, OH 45244** | **$55,000** | **June 2015 - June 2016** | **Salary** |
| | **Relationship to debtor**<br>**Board Member** | | | |
| 30.4. | **James Case (*)**<br>**747 W. Sawgrass Trail**<br>**Dakota Dunes, SD 57049** | **$5,000** | **June 2015 - November 2015** | **Board Compensation** |
| | **Relationship to debtor**<br>**Board Member** | | | |
| 30.5. | **Michael Genoff (*)**<br>**55 Ideal Drive**<br>**Sandpoint, ID 83864** | **$5,000** | **June 2015 - November 2015** | **Board Compensation** |
| | **Relationship to debtor**<br>**Board Member** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.6 · | **Mike Hurlburt**<br>**864 E. Sawgrass Trail**<br>**Dakota Dunes, SD 57049** | **$148,381.44** | **June 2015 - June 2016** | **Salary** |
| | Relationship to debtor<br>**COO and Chairman of the Board** | | | |
| 30.7 · | **Wayne Thompson**<br>**603 Tops L Drive**<br>**Mandeville, LA 70448** | **$317,941.92** | **June 2015 - June 2016** | **Salary** |
| | Relationship to debtor<br>**CFO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Progressive Acute Care, LLC** | **EIN:**    **26-2491719** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 22, 2016**

**/s/ Wayne Thompson**                   **Wayne Thompson**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes