UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
Lafayette Division

IN RE:

PROGRESSIVE ACUTE CARE, LLC, ET AL.             CASE NO. 16-50740

DEBTORS                                          CHAPTER 11

FIRST AMENDED MAILING LIST
Verification

Penalties for making a false statement or for concealing property are a fine up to $500,000.00 or imprisonment for up to five (5) years or both). (18 U.S.C. §§ 152 and 3571).

DECLARATION

I declare under penalty of perjury that the foregoing mail list, comprising 4 pages, is true and correct. Signed on July 22, 2016.

Progressive Acute Care, LLC, Debtor

Signed: /s/ Wayne Thompson
        Wayne Thompson, Authorized Representative

Signed: /s/ Barbara B. Parsons
        WILLIAM E. STEFFES (LA Bar No. 12426)
        BARBARA B. PARSONS (LA Bar No. 28714)
        Steffes, Vingiello & McKenzie, LLC
        13702 Coursey Blvd., Building 3
        Baton Rouge, Louisiana 70817
        Telephone: (225) 751-1751
        Facsimile: (225) 751-1998
        E-mail: bparsons@steffeslaw.com

        *Attorneys for Debtors*

PROGRESSOVE ACUTE CARE, LLC
CASE NO. 16-50740

## CREDITORS TO BE ADDED

Reliapath, LLC
1100 Andre Street, Suite 100
New Iberia, LA 70563

St. Tammany Parish Tax Collector
PO Box 608
Covington, LA 70434-0608

The SSI Group, Inc.
Attn: Cheryl Ramsey
4721 Morrison Drive
Mobile, AL 36609

Lisa R. Chandler
Litigation & Bankruptcy Recovery Manager
IPFS Corp./Imperial PFS
30 Montgomery Street, Suite 1000
Jersey City, NJ 07302

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Canon
14904 Collections Center Drive
Chicago, IL 60693-0149

Ishred
PO Box 4058
Covington, LA 70434

Kentwood
PO Box 660579
Dallas, TX 75266-0579

Langlinais, Broussard & Kohlenberg, CPAs
PO Box 1123
Abbeville, LA 70511-1123

Ober, Kale, Grimes & Shiver
100 Light Street
Baltimore, MD 21202

Office Market
68486 Hwy 59
Mandeville, LA 70471

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

State of Louisiana
PO Box 60081
New Orleans, LA 70160-0081

Sullivan Stolier Knight, LC
909 Poydras Street, Suite 2600
New Orleans, LA 70112

Avatar Solutions
Attn: Chief Financial Officer
1000 Primera Boulevard, Suite 2144
Lake Mary, FL 32746

CPSI
6600 Wall Street
Mobile, AL 36695

HealthStream, Inc.
209 10th Avenue South, Suite 450
Nashville, TN 37203

eSolutions, Inc.
401 West Frontier Lane, Suite 101
Olathe, KS 66061-7221

**CREDITORS/INTERESTED PARTIES TO BE UPDATED**

Richard (Dick) Hylland
3500 S. Phillips Avenue
Sioux Falls, SD 57105

Barry D. Alexander
Polsinelli, PC
555 Fayetteville Street, Suite 720
Raleigh, NC 27601

**CREDITORS TO BE DELETED**

Air Liquid America Corporation
PO Box 301046
Dallas, TX 75303-1046

Business First Bank VISA
Card Service Center
PO Box 84070
Columbus, GA 31908-4070

GE Capital Corporation
PO Box 740441
Atlanta, GA 30374-0441

GE Capital Corporation
PO Box 740423
Atlanta, GA 30374-0423

Klean Krewe Housekeeping, LLC
1070-B W. Causeway Approach
Mandeville, LA 70471

Klean Krewe Housekeeping, LLC
3900 North Causeway Boulevard, #1200
Metairie, LA 70002

Optum
PO Box 88050
Chicago, IL 60680-1050

SOLIC Capital Advisors, LLC
3455 Peachtree Street, Suite 600
Atlanta, GA 30326

Southeast Business Systems, Inc.
202 Market Street
Hammond, LA 70401

TASC
TASC Client Invoices
PO Box 88278
Milwaukee, WI 53288-0001

WebTPA
8500 Freeport Parkway South, Suite 400
Irving, TX 75063

WestLaw
PO Box 6292
Carol Stream, IL 60197-6292