# United States Bankruptcy Court
## Western District of Louisiana

In re   **Progressive Acute Care, LLC**                             Case No.   **16-50740**

Debtor(s)                                     Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Dan Kensinger<br>298 Inverness Trail<br>Dakota Dunes, SD 57049 | Series A;<br>Series B | 7; 1.98 | Preferred Stock |
| Dan Rissing<br>20 Sweetgrass Lane<br>Kiawah Island, SC 29455 | Series A;<br>Series B;<br>Common | 2; 0.56; 13,334 | Preferred and Common Stock |
| Elizabeth Noel Trust<br>1052 Pebble Beach Drive<br>Dakota Dunes, SD 57049 | Series A;<br>Series B | 4; 1.13 | Preferred Stock |
| Grant Schumaker<br>921 Spyglass Circle<br>Dakota Dunes, SD 57049 | Series A;<br>Series B | 7; 1.98 | Preferred Stock |
| Harmony Equity Fund I<br>Attn: Dan Newell<br>201 S. Phillips Avenue, Suite 100<br>Sioux Falls, SD 57104 | Series A;<br>Series B | 20; 5.68 | Preferred Stock |
| Harmony Equity Fund II<br>Attn: Dan Newell<br>201 S. Phillips Avenue, Suite 100<br>Sioux Falls, SD 57104 | Series A;<br>Series B | 10; 2.84 | Preferred Stock |
| James Case<br>747 W. Sawgrass Trail<br>Dakota Dunes, SD 57049 | Series A;<br>Series B | 5; 1.42 | Preferred Stock |
| JKL Enterprises<br>Attn: Joel C. Longtin<br>PO Box 190<br>Harlan, IA 51537-0190 | Series A;<br>Series B | 2; 0.56 | Preferred Stock |
| L&D Investments<br>Attn: David D. Schmit<br>522 4th Street, Suite 200<br>Sioux City, IA 51101 | Series A;<br>Series B | 2; 0.56 | Preferred Stock |
| Matt Johnson<br>618 E. Sawgrass Trail<br>Dakota Dunes, SD 57049 | Series A;<br>Series B | 2; 0.56 | Preferred Stock |
| Michael Genoff<br>55 Ideal Drive<br>Sandpoint, ID 83864 | Series A;<br>Series B | 5; 1.42 | Preferred Stock |

Sheet 1 of 3 in List of Equity Security Holders

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

In re: **Progressive Acute Care, LLC**     Case No. **16-50740**
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mike Hurlburt**<br>864 E. Sawgrass Trail<br>Dakota Dunes, SD 57049 | Series A;<br>Series B;<br>Common | 2; 0.56; 13,333 | **Preferred and Common Stock** |
| **Paula Formosa**<br>55 Ideal Drive<br>Sandpoint, ID 83864 | Series A;<br>Series B | 5; 1.42 | **Preferred Stock** |
| **Ralph F. Reeder**<br>**Irrevocable Trust**<br>675 Arrowhead Court<br>Dakota Dunes, SD 57049 | Series B | 1.13 | **Preferred Stock** |
| **Ralph Reeder, Inc.**<br>675 Arrowhead Court<br>Dakota Dunes, SD 57049 | Series A | 4 | **Preferred Stock** |
| **Raymond Sherman Trust**<br>4444 Perry Way<br>Sioux City, IA 51104 | Series A;<br>Series B | 2; .056 | **Preferred Stock** |
| **Ryan Meis**<br>466 Firethorn Trail<br>Dakota Dunes, SD 57049 | Series A;<br>Series B | 4; 1.13 | **Preferred Stock** |
| **Sarah Powell**<br>617 Monterey Trail<br>Dakota Dunes, SD 57049 | Series A;<br>Series B | 1; 0.28 | **Preferred Stock** |
| **Steve Meyer**<br>575 Sioux Point Road<br>Dakota Dunes, SD 57049 | Series A;<br>Series B | 2; 0.56 | **Preferred Stock** |
| **Steve Stokesbary**<br>627 Arrowhead Court<br>Dakota Dunes, SD 57049 | Series A;<br>Series B | 2; .056 | **Preferred Stock** |
| **Tom Jacobson**<br>320 Dakota Dunes Boulevard, Apt. 115<br>Dakota Dunes, SD 57049 | Series A;<br>Series B | 4; 1.13 | **Preferred Stock** |
| **Tom Kenny**<br>956 Pebble Beach Drive<br>Dakota Dunes, SD 57049 | Series A;<br>Series B | 1; 0.28 | **Preferred Stock** |
| **Wade Jensen**<br>429 Riviera Circle<br>Dakota Dunes, SD 57049 | Series A;<br>Series B | 4; 1.13 | **Preferred Stock** |

List of equity security holders consists of 3 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| In re: | **Progressive Acute Care, LLC** | | Case No. **16-50740** | |
| --- | --- | --- | --- | --- |
| | Debtor(s) | | | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Wayne Thompson**<br>**17 Heron lane**<br>**Mandeville, LA 70471** | **Series A;**<br>**Series B;**<br>**Common** | **2; 0.56; 13,333** | **Preferred and Common Stock** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 22, 2016**     Signature **/s/ Wayne Thompson**
                                    **Wayne Thompson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.