CHAPTER 11 PROCEEDING MEMO AND MINUTES OF <u>CONTINUED</u> §341 MEETING

IN RE:  
Progressive Acute Care, LLC et al  
DEBTOR(S)

CASE NO.: 16-50740  
Chapter 11  
Jointly Administered

Date: July 26, 2016   Time: 11:10 a.m.

1. Attorney for debtor(s) has (✓) has not ( ) filed fee disclosure statement pursuant to 11 U.S.C. §329 and Rule 2016, Federal Rules of Bankruptcy Procedure.

2. A Chapter 11 Creditors Committee or Equity Security Holders' Committee will be ( ) or has been (✓) has not been ( ) appointed pursuant to 11 U.S.C. §1102 because:
   ( ) there are less than three unsecured creditors with substantial claims, or
   ( ) a sufficient number of eligible creditors have not expressed an interest in serving.

3. Appearances:
   ( ) Debtor(s): _____
   (✓) Debtor's representative: Wayne Thompson
   (✓) Attorney for Debtor: Barbara Parsons
   (✓) Creditors: (see attached appearance sheet)

4. Debtor(s) examined under oath or affirmation by:
   ( ) Attorney for Debtor(s)   (✓) UST Designee   (✓) Creditors   ( ) Others (see #8 below)

5. Debtor(s) required to amend Schedule A to add medical Office Bldg. in Avoyelles Parish and investigate lot in Oakdale & amend if necessary within 10 days.

6. Fifth amendment ( ) was (✓) was not invoked.

7. Meeting adjourned (✓) yes ( ) no. If no, meeting is continued to the ____ day of _____, 20___ at _____ o'clock ___.m.

8. Additional notes and comments _____

(Proceeding recorded)  
Tape #____, Side ____  
Counter #_____

Gail McCulloch  
Presiding Officer, U.S. Trustee

16-50740 - #235  File 08/02/16  Enter 08/02/16 15:07:23  Main Document  Pg 1 of 2

# APPEARANCE FORM - §341 MEETING OF CREDITORS

**CASE NAME:** Progressive Acute Care LLC, et al (Jointly Administered)

**CASE NUMBER:**

**DATE:** 7/26/16

## PLEASE PRINT

| NAME | ADDRESS | TELEPHONE NO. | REPRESENTING |
|---|---|---|---|
| Victoria V. Theriot / Neuner Pate | 1001 W. Pinhook Rd., Suite 200, Laf., LA 70503 | 337-272-0356 | Petillon Business Solutions, LLC |
| J.P. Abbott / Liskow & Lewis | 822 Harding St., Lafayette, LA 70503 | 337-232-7424 | The Schumacher Group of Louisiana |
| Eric Lockridge / Kean Miller LLP (Taylor Herpin Chauderle / Kean Miller LLP) | 400 Convention, Ste. 700, Baton Rouge LA 70802 | 225-387-0999 | Official Cmmt. of Unsecured Creditors |
| Matthew Rubin / Solic Capital Advisors | 1603 Orrington Ave Suite 1600, Evanston, IL 60201 | 847-583-2804 | Debtors' (Progressive Acute Care, LLC) |