**SO ORDERED.**

**SIGNED August 10, 2016.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| In re: | Case No. 16-50740 |
| PROGRESSIVE ACUTE CARE, LLC, *et al* [1] | Chapter 11 |
| Debtors. | Jointly Administered |

**FINAL ORDER AUTHORIZING RETENTION AND EMPLOYMENT
OF KEAN MILLER LLP AS CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF PROGRESSIVE
ACUTE CARE, LLC, *ET AL. NUNC PRO TUNC* TO JUNE 21, 2016**

Upon considering the *Application to Retain and Employ Kean Miller LLP as Co-Counsel for the Official Committee of Unsecured Creditors of Progressive Acute Care, LLC., et al., Nunc Pro Tunc to June 21, 2016*, including the Affidavit of J. Eric Lockridge in support thereof (collectively, the "Application") [ECF #182], filed July 14, 2016 by the Official Committee of Unsecured Creditors of Progressive Acute Care, LLC, *et al.* (the "Committee"), including a

---

[1] The debtors in these chapter 11 cases are: Progressive Acute Care, LLC; Progressive Acute Care Avoyelles, LLC; Progressive Acute Care Oakdale, LLC; and Progressive Acute Care Winn, LLC.

7467369_1

request for *ex parte* relief on an interim basis and the Debtors' consent to the *ex parte* grant of interim relief;

And considering the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

And considering the Court's Interim Order [ECF #194] granting the Application on an interim basis, and the Notice of Hearing with Certificate of Service filed and served regarding the Final Hearing on the Application [ECF #202];

And considering the Supplemental Disclosure for the Application filed by Kean Miller [ECF #233];

And considering the substance of the Application, its supporting materials, the lack of any objection to the Application; and it appearing that (i) the proposed employment of Kean Miller as co-counsel for the Committee is in the best interest of the Committee and the bankruptcy estates, (ii) Kean Miller does not represent any entity having an adverse interest in connection with the case, as required by 11 U.S.C. § 1103(b), and its Members, Of Counsel, and Associates do not represent or hold any interest adverse to the Committee or the bankruptcy estates and are disinterested under 11 U.S.C. § 101(14), and (iii) the Application and materials are in compliance with the applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure; and after due deliberation thereon; and good and sufficient cause appearing therefor:

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. The Committee is authorized to retain and employ Kean Miller on an interim basis as its attorneys pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 *nunc pro tunc* to

2

7467369_1

16-50740 - #244  File 08/10/16  Enter 08/10/16 12:04:01  Main Document  Pg 2 of 3

June 21, 2016 on the terms set forth in the Application and affidavit of J. Eric Lockridge in support.

3. Kean Miller shall be compensated for its services and reimbursed for any related expenses in accordance 11 U.S.C. §§ 328, 330, and 331, the applicable provisions of the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Western District of Louisiana, and any orders of this Court.

4. The terms and conditions of this order shall be effective and enforceable immediately upon its entry.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

###

**This Order was prepared and is being submitted by:**

s/ J. Eric Lockridge
*Interim Co-Counsel for the Official Committee of Unsecured Creditors*
J. Eric Lockridge (#30159)
eric.lockridge@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA 70802
Telephone: (225) 387-0999