

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

16-50740 Progressive Acute Care, LLC    Chapter: 11

Ex Parte Application to Employ J. Eric Lockridge as Co-Counsel
    for the Official Committee of the Unsecured Creditors

APPEARANCES:

No appearances

RULING: Application is approved.

ORDER TO BE PREPARED BY: Lockridge

Date:  August 9, 2016