IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| IN RE: | * | CASE NO. 16-50740 |
|---|---|---|
| | * | |
| PROGRESSIVE ACUTE CARE, LLC, et al. | * | CHAPTER 11 |
| | * | |
| *DEBTORS* | * | JUDGE ROBERT SUMMERHAYS |
| | * | |
| | * | JOINTLY ADMINISTERED |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**OBJECTION OF THE SCHUMACHER GROUP ENTITIES
TO PROPOSED ASSET SALE**

NOW INTO COURT, through undersigned counsel, come The Schumacher Group of Louisiana, Inc., Iberia Physician Services, LLC, Iberia Emergency Group, LLC, Avoyelles Emergency Group, LLC, Winn Emergency Group, LLC and Allen Emergency Group, LLC (collectively "The Schumacher Group"), who file this joint objection to the sale of the Debtors' assets as proposed in the *Motion Under 11 U.S.C. §§ 363(b) and (f) and 365* (Dkt. #183) filed by the Debtors on July 14, 2016 (the "Sale Motion"), and respectfully state:

**PRELIMINARY REMARKS**

1.

The Chapter 11 debtors in these jointly-administered Chapter 11 cases – Progressive Acute Care, LLC, Case No. 16-50740, Progressive Acute Care Avoyelles, LLC, Case No. 16-80584, Progressive Acute Care Oakdale, LLC, Case No. 16-50742, and Progressive Acute Care Winn, LLC, Case No. 16-50743, sometimes hereafter referred to as the "Joint Debtors" – all filed for relief under the Bankruptcy Code on May 31, 2016.

4501777_1

2.

The Schumacher Group holds a prepetition claim based on a state court judgment (and as supplemented by a further judgment to include awards of attorney fees and costs), the total judgment amount exceeding $1.44 million with respect to the Joint Debtors in these jointly-administered Chapter 11 cases. A copy of the state court judgment for damages is attached hereto as Exhibit "A".

3.

The state court judgment representing the Joint Debtors' liability for damages, which totals $1,244,951.27, was recorded in the following Parishes of the State of Louisiana:

A. Avoyelles Parish – On March 4, 2016 in Mortgage Book 787, Page 732, as No. 2016-00001124;

B. Allen Parish – On March 4, 2016 in Mortgage Book 398, Page 995, as No. 487748;

C. Winn Parish – On March 4, 2016 in Mortgage Book 293, Page 320, as No. 217076; and

D. St. Tammany Parish – On March 7, 2016 as No. 2014-109, registry 2423556.

4.

The above-described state court judgment for damages, when recorded, gave rise to judicial mortgages (liens) in favor of The Schumacher Group against the immovable assets of the Joint Debtors, respectively, in the Parishes of Avoyelles, Allen, Winn and St. Tammany, inclusive of all real estate comprised of hospitals, medical offices and other buildings and the underlying land.

4501777_1

## OBJECTION TO PROPOSED ASSET SALE

5.

The Joint Debtors' Chapter 11 cases are only being jointly administered. No order for substantive consolidation of those Chapter 11 cases has been sought by the Debtors nor entered by the Court.

6.

The *Asset Purchase Agreement* executed by and between the Debtors and the stalking horse bidder, Central Louisiana Hospital Group, LLC ("CLHG"), does not include any breakdown or allocation of the purchase price offered for the Joint Debtors' assets:

- A. As among the respective non-consolidated bankruptcy estates of the four Joint Debtors; or
- B. As among the immovable (real estate) and non-immovable assets of each of the Joint Debtors.

7.

Holding judicial mortgages (liens) The Schumacher Group collectively objects to the proposed sale of the Joint Debtors' assets because the Joint Debtors cannot satisfy 11 U.S.C. §363(f).

8.

Applicable bankruptcy law does not permit a sale of the Joint Debtors' property free and clear of the liens held by The Schumacher Group.

9.

The Schumacher Group does not consent to the sale of the Joint Debtors' assets.

4501777_1

10.

The interests of The Schumacher Group are liens. The purchase price being offered is not greater than (a) the value of any lien held by Business First on each and every one of the real estate assets of the Joint Debtors and (b) the value of the lien or liens (judicial mortgages) held by The Schumacher Group on each and every one of such real estate assets.

11.

The interests (liens) of The Schumacher Group are not in bona fide dispute.

12.

The Joint Debtors do not propose a money satisfaction of the interests (liens) of The Schumacher Group.

For these reasons, The Schumacher Group prays that the sale of the Joint Debtors' assets proposed in the Sale Motion be denied.

Filed this 16th day of August, 2016.

By: /s/ Joseph P. Hebert
Joseph P. Hebert
(LA #6734; TX #00789095)
LISKOW & LEWIS
822 Harding St.
Lafayette, LA 70503
Telephone: (337) 232-7424
Fax: (337) 267-2399
Email: *jphebert@liskow.com*

*Attorneys for The Schumacher Group of Louisiana, Inc., Iberia Physician Services, LLC, Iberia Emergency Group, LLC, Avoyelles Emergency Group, LLC, Winn Emergency Group, LLC and Allen Emergency Group, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 16th day of August, 2016, the foregoing *Objection Of The Schumacher Group Entities To Proposed Asset Sale* has been filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing has been sent to all parties or counsel of record who have registered to receive electronic service via the Court's ECF Filing System. I further certify that, on the same date, the above-mentioned filing was also sent to the following persons via electronic mail:

- J. Eric Lockridge (eric.lockridge@keanmiller.com);
- Boris I. Mankovestskiy (bmankovetskiy@sillscummis.com);
- Andrew H. Sherman (asherman@sillscummis.com);
- Gail Bowen McCulloch (gail.mcculloch@usdoj.gov);
- Barbara B. Parsons (bparsons@steffeslaw.com);
- Michael H. Piper (mpiper@steffeslaw.com);
- Noel Steffes Melancon (nsteffes@steffeslaw.com);
- William E. Steffes (bsteffes@steffeslaw.com);
- Office of U.S. Trustee (USTPRegion05.SH.ECF@usdoj.gov);

and to the following via United States First Class Mail, postage prepaid and properly addressed:

Progressive Acute Care, LLC
Post Office Box 5309
Abita Springs, LA 70420

Stephen D. Wheelis
Richard A. Rozanski
Wheelis & Rozanski
P.O. Box 13199
Alexandria, LA 71315-3199

Lafayette, Louisiana, this 16th day of August, 2016.

          By:   /s/ Joseph P. Hebert
                 Joseph P. Hebert
                 (LA #6734; TX #00789095)
                 LISKOW & LEWIS
                 822 Harding St.
                 Lafayette, LA 70503
                 Telephone: (337) 232-7424
                 Fax: (337) 267-2399
                 Email: *jphebert@liskow.com*

                 *Attorneys for The Schumacher Group of Louisiana, Inc., Iberia Physician Services, LLC, Iberia Emergency Group, LLC, Avoyelles Emergency Group, LLC, Winn Emergency Group, LLC and Allen Emergency Group, LLC*