UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: PROGRESSIVE ACUTE CARE, LLC | CASE NO. 16-50740 |
| Debtor | CHAPTER 11 |

# *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD

Undersigned counsel respectfully moves this Court to permit him to withdraw as counsel of record for Sheridan Healthcare of Louisiana, Inc. in the above-captioned matter. Sheridan is now represented by John M. Landis of Stone Pigman Walther Wittmann LLC in these matters.

Respectfully submitted,

*/s/ George C. Freeman, III*

George C. Freeman, III, T.A., No. 14272
**BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.**
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone (504) 589-9700
Facsimile: (504) 589-9701
gfreeman@barrassousdin.com

*Counsel for Sheridan Healthcare of Louisiana, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.

*/s/ George C. Freeman, III*