UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
Lafayette Division

| | |
|---|---|
| IN RE: | CASE NO. 16-50740 |
| PROGRESSIVE ACUTE CARE, LLC, et al. | CHAPTER 11 |
| DEBTORS | JOINTLY ADMINISTERED |

## NOTICE OF SUCCESSFUL BIDDER

PLEASE TAKE NOTICE that, on July 29, 2016, the United States Bankruptcy Court for the Western District of Louisiana entered the *Order Approving Motion Under 11 U.S.C. §§ 363(B) And (F) And 365 For: Preliminary Order (I) Approving Bidding Procedures And Stalking Horse Bid And Fee, (II) Prescribing Notice Requirements, And (III) Setting Hearing Date, Time And Place For Auction Sale Of Debtors' Property; And, For (IV) Order Approving Sale Of Assets And Assumption And Assignment Of Certain Contracts And Leases And Amounts Of Cure, If Any, Relating Thereto* [Docket No. 226] (the "**Bidding Procedures Order**"), which, *inter alia*, (i) established August 19, 2016 at 12:00 p.m. (prevailing Central Time) (the "**Bid Deadline**") as the deadline for submitting Qualified Bids for the sale of substantially all of the above-captioned debtors' (collectively, the "**Debtors**") assets; and (ii) scheduling the Auction in the event that the Debtors receive any Qualified Bids, other than the Stalking Horse Bid, on or before the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, no Auction will be held as no Qualified Bid, other than the Stalking Horse Bid, was received by the Debtors on or before the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, the Stalking Horse Bidder is deemed to be the Successful Bidder; and, a final hearing on approval of the Sale to the Successful Bidder shall be held on **August 26, 2016 at 10:00 a.m. (prevailing Central time)** before the Honorable Robert Summerhays, United States Bankruptcy Judge, Western District of Louisiana, at the United States Bankruptcy Court, 214 Jefferson Street, Suite 100, Lafayette, Louisiana.

**Respectfully submitted,**

By: /s/ Barbara B. Parsons
William E. Steffes (La. Bar No. 12426)
Barbara B. Parsons (La. Bar No. 28714)
**STEFFES, VINGIELLO & McKENZIE, LLC**
13702 Coursey Boulevard Building 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
E-mail: bparsons@steffeslaw.com