FILED

AUG 26 2016

EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**

# MINUTE ENTRY

**16-50740 Progressive Acute Care, LLC Chapter: 11**

**Motion Under 11 U.S.C. §§ 363(b) and (f) and 365 for: (I) Preliminary Order (i) Approving Bidding Procedures and Stalking Horse Bid and Fee, (ii) Prescribing Notice Requirements, and (iii) Setting Hearing Date, Time and Place for Auction of Debtors Property; and, for (II) Order Approving Sale of Assets and Assumption and Assignment of Certain Contracts and Leases and Amounts of Cure on behalf of Progressive Acute Care**

**APPEARANCES:**

**Barbara B. Parsons and Noel Steffes Melancon and William E. Steffes representing Progressive Acute Care, LLC**
**Gail Bowen McCulloch representing Office of U. S. Trustee**
**Andrew H. Sherman and Boris I. Mankovestskiy and J. Eric Lockridge representing Official Committee of Unsecured Creditors for Progressive Acute Care, LLC**

**RULING:** Granted

**ORDER TO BE PREPARED BY:** William Steffes

Date: August 26, 2016