FILED
AUG 26 2016
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

CORRECTED MINUTE ENTRY

**16-50740 Progressive Acute Care, LLC Chapter: 11**

**Motion Under 11 U.S.C. §§ 363(b) and (f) and 365 for: (I) Preliminary Order (i) Approving Bidding Procedures and Stalking Horse Bid and Fee, (ii) Prescribing Notice Requirements, and (iii) Setting Hearing Date, Time and Place for Auction of Debtors Property; and, for (II) Order Approving Sale of Assets and Assumption and Assignment of Certain Contracts and Leases and Amounts of Cure on behalf of Progressive Acute Care**

**APPEARANCES:**

**Barbara B. Parsons William E. Steffes representing DIP**
**Eric Lockridge representing Committee of Unsecured Creditors**
**Richard Reynolds for Central Louisiana Hospital Group**
**David Guerry & Sharon Whitlow for Business First Bank**
**Ryan Richmond for Delagen Landen, Phillips Medical & Karl Starz**
**Leo Congeni for eClinical Works, LLC**
**JP Hebert for Schumacher Group**
**Victoria Theriot for Parallon Business Solutions**
**John Lanis for Sheridan Healthcare**

**RULING:** Motion is granted

**ORDER TO BE PREPARED BY:** Steffes

Date: August 26, 2016