UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
Lafayette Division

IN RE:                                           CASE NO. 16-50740

PROGRESSIVE ACUTE CARE, LLC, et al.              CHAPTER 11

   DEBTORS                                       JOINTLY ADMINISTERED

STIPULATION IN SUPPORT OF ENTRY OF CONSENT ORDER
GRANTING THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS LEAVE, STANDING, AND AUTHORITY TO COMMENCE,
PROSECUTE, AND SETTLE CLAIMS OF THE DEBTORS AND THEIR ESTATES

This stipulation (the "Stipulation") by and between Progressive Acute Care, LLC ("PAC"), Progressive Acute Care Avoyelles, LLC ("PAC Avoyelles"), Progressive Acute Care Oakdale, LLC ("PAC Oakdale") and Progressive Acute Care Winn, LLC ("PAC Winn," and collectively with PAC, PAC Avoyelles, and PAC Oakdale, the "Debtors"), on the one hand, and the Official Committee of Unsecured Creditors (the "Committee"), on the other, is submitted in support of entry of the consent order granting the Committee leave, standing, and authority to commence, prosecute, and settle claims of the Debtors and their estates (the "Consent Order") submitted simultaneously herewith.

WHEREAS, on May 31, 2016, the Debtors filed petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with this Court;

WHEREAS, no trustee or examiner has been appointed in these cases;

WHEREAS, the Debtors have continued in the possession of their property and the operation and management of their businesses pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

WHEREAS, on June 21, 2016, the Acting United States Trustee appointed the Committee;

WHEREAS, on September 27, 2016, certain parties claiming equity interests in the Debtors filed a motion to appoint a trustee in these cases pursuant to section 1104 of the Bankruptcy Code to, among other things, investigate the Debtors' management, board(s), and prepetition lender(s) and pursue any available causes of action against such parties;

WHEREAS, the Committee intends to undertake any necessary investigation and prosecution of claims against the Debtors' management, board(s), and prepetition lender(s) for the benefit of the Debtors' estates; and

WHEREAS, in order to avoid the additional expense inherent to the appointment of a trustee, the Debtors consent to the grant of leave, standing, and authority to commence, prosecute, and settle any claims of the Debtors and their Estates to the Committee;

The Debtors and the Committee hereby CONSENT to the entry of the Consent Order.

**STIPULATED AND AGREED TO BY:**

| STEFFES, VINGIELLO & McKENZIE, L.L.C. | SILLS CUMMIS & GROSS P.C. |
|---|---|
| By: /s/ William E. Steffes<br>William E. Steffes (La. Bar No. 12426)<br>13702 Coursey Boulevard Building 3<br>Baton Rouge, Louisiana 70817<br>Telephone: (225) 751-1751<br>Facsimile: (225) 751-1998<br>Email: bsteffes@steffes.law.com<br>*Counsel for the Debtors* | By: /s/ Andrew H. Sherman<br>Andrew H. Sherman<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Telephone: (973) 643-7000<br>Facsimile: (973) 643-6500<br>Email: asherman@sillscummis.com<br>*Counsel for the Official Committee<br>of Unsecured Creditors* |