**SO ORDERED.**

**SIGNED October 24, 2016.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
Lafayette Division

| | |
|---|---|
| IN RE: | CASE NO. 16-50740 |
| PROGRESSIVE ACUTE CARE, LLC, et al. | CHAPTER 11 |
| DEBTORS | JOINTLY ADMINISTERED |

**CONSENT ORDER GRANTING THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS LEAVE,
STANDING, AND AUTHORITY TO COMMENCE, PROSECUTE,
AND SETTLE CLAIMS OF THE DEBTORS AND THEIR ESTATES**

Considering the *Motion for Entry of Consent Order Granting the Official Committee of Unsecured Creditors Leave, Standing, and Authority to Commence, Prosecute, and Settle Claims of the Debtors and Their Estates* (the "Motion"), the *Stipulation in Support of Entry of Consent Order Granting the Official Committee of*

3129383 v2
7714606_3

1

*Unsecured Creditors Leave, Standing, and Authority to Commence, Prosecute, and Settle Claims of the Debtors and Their Estates* (the "Stipulation"), and any responses thereto; and due and proper notice of the Motion having been given; and no other or further notice being required; and this Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that the entry of this Order is in the best interests of the estates and the administration of these bankruptcy cases; and good and sufficient cause appearing therefore:

**IT IS HEREBY ORDERED THAT** the Standing Motion is GRANTED;

**IT IS FURTHER ORDERED THAT** the Committee shall be and hereby is granted leave, standing, and authority coextensive with that of the Debtors to (i) commence, prosecute, and if necessary, settle (a) any and all claims of the Debtors and their estates against current and former insiders (as the term is defined in 11 U.S.C. § 101(31)) of the Debtors, including but not limited to current and former officers and directors of the Debtors, and (b) any and all claims under chapter 5 of title 11 of the United States Code; and (ii) assert any and all rights and defenses of the Debtors and their estates relating to all such claims.

**IT IS FURTHER ORDERED THAT** nothing in this Consent Order shall prejudice the Debtors' standing and authority to commence, prosecute, and settle any claims of the Debtors and their estates not commenced, prosecuted, and/or settled by the Committee.

3129383 v2
7714606_3

2

16-50740 - #368   File 10/24/16   Enter 10/24/16 14:21:04   Main Document   Pg 2 of 3

**IT IS FURTHER ORDERED THAT** this Court shall retain jurisdiction over any and all matters related to or arising from the implementation of this Consent Order.

###

**This Order was prepared and is being submitted by:**

/s/ J. Eric Lockridge
J. Eric Lockridge (#30159)
eric.lockridge@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA 70802
Telephone: (225) 387-0999
*Co-Counsel for the Official Committee of Unsecured Creditors*

and
/s/ William E. Steffes
William E. Steffes (La. Bar No. 12426)
Email: bsteffes@steffes.law.com
STEFFES, VINGIELLO & McKENZIE, L.L.C.
13702 Coursey Boulevard Building 3
Baton Rouge, Louisiana 70817
Phone: (225) 751-1751
*Counsel to the Debtors*