# Notice Recipients

District/Off: 0536–4        User: mcomeaux        Date Created: 10/24/2016
Case: 16–50740              Form ID: pdf8         Total: 77

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| tr | DIP | |
| op | Garden City Group, LLC | |
| cr | Jefferson Sprinkler, Inc. | |
| intp | CHRISTUS Health | |
| cr | Allen Emergency Group, LLC | |
| cr | Winn Emergency Group, LLC | |
| cr | Avoyelles Emergency Group, LLC | |
| cr | Iberia Emergency Group, LLC | |
| cr | Iberia Physician Services, LLC | |
| cr | The Schumacher Group of Louisiana, Inc. | |
| cr | Sheridan Healthcare of Louisiana, Inc. | |
| cr | De Lage Landen Financial Services, Inc. | |
| cr | Karl Storz Capital | |
| cr | Philips Medical Capital, LLC | |

TOTAL: 14

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| aty | Alan H. Goodman | alan.goodman@bswllp.com |
| aty | Andrew H. Sherman | asherman@sillscummis.com |
| aty | Armistead M. Long | along@gordonarata.com |
| aty | Barbara B. Parsons | bparsons@steffeslaw.com |
| aty | Bradley L. Drell | bdrell@goldweems.com |
| aty | Brandon A. Brown | bbrown@stewartrobbins.com |
| aty | Gail Bowen McCulloch | gail.mcculloch@usdoj.gov |
| aty | Henry C. Perret, Jr. | hperret@perretlaw.com |
| aty | J. Eric Lockridge | eric.lockridge@keanmiller.com |
| aty | John M. Landis | jlandis@stonepigman.com |
| aty | Joseph P. Hebert | jphebert@liskow.com |
| aty | Kimberly L. Humbles | kimberly.humbles@la.gov |
| aty | Mark J. Chaney, III | mchaney@mcglinchey.com |
| aty | Mark P. Seyler | mseyler@barkleythompson.com |
| aty | Noel Steffes Melancon | nsteffes@steffeslaw.com |
| aty | Randall L. Wilmore | rwilmore@goldweems.com |
| aty | Richard A. Aguilar | raguilar@mcglinchey.com |
| aty | Richard J. Reynolds | rreynolds@ahmgt.com |
| aty | Robin R. DeLeo | Elaine@dreher–la.com |
| aty | Ronald J. Savoie | ronnie@jlaw.net |
| aty | Sharon S. Whitlow | ssw@longlaw.com |
| aty | Stephen D. Wheelis | steve@wheelis–rozanski.com |
| aty | Thomas E. St. Germain | ecf@weinlaw.com |
| aty | Thomas J. Lutkewitte | tlutkewitte@favretlaw.com |
| aty | Victoria Viator Theriot | ttheriot@neunerpate.com |
| aty | William E. Steffes | bsteffes@steffeslaw.com |

TOTAL: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Progressive Acute Care, LLC | Post Office Box 5309    Abita Springs, LA 70420 |
| cr | Global Physicians Network, LLC | 504 Texas Street    Suite 200    Shreveport, LA 71101 |
| intp | Southern Textile Services, L.L.C. | c/o Armistead M. Long    Gordon Arata McCollam Duplantis & Eagan    400 E. Kaliste Saloom Rd.    Suite 4200    Lafayette, LA 70508 |
| cr | Southern Textile Services, L.L.C. | c/o Armistead M. Long, Esq.    Gordon Arata McCollam Duplantis & Eagan    400 East Kaliste Saloom Rd.    Suite 4200    Lafayette, LA 70508 |
| cr | TCF Equipment Finance, Inc. | Gregory A. Payer    11100 Wayzata Blvd., Suite 801    Minnetonka, MN 55305 |
| cr | NES Louisiana, Inc. | 39 Main Street    Tiburon, CA 94920 |
| cr | Pharmacy Service of Winnfield, Incorporated | c/o Stephen Shelton    P.O. Box 1437    Winnfield, LA 71483 |
| cr | Shelton Property West Court Division, LLC | c/o Stephen Shelton    P.O. Box 1437    Winnfield, LA 71483 |
| cr | Doerle Food Services LLC | 103 Kol Drive    Broussard, La 70518 |
| cr | CLECO Corporation | Wheelis & Rozanski    P.O. Box 13199    Alexandria, La 71315 |
| cr | Mobile Imaging Services, LLC | Wheelis & Rozanski    P.O. Box 13199    Alexandria, LA 71315 |
| crcm | Official Committee of Unsecured Creditors for Progressive Acute, LLC | c/o Christopher Lehmann    7000 Cardinal Place    Dublin, OH 43017 |
| intp | Louisiana Department of Health & Hospitals | c/o Kimberly Humbles    P. O. Box 3836    Baton Rouge, LA 70821–3836 |

| Type | Name | Details |
|---|---|---|
| intp | Trent McMorris, Sr. | Oscar L. Shoenfelt, III    2109 Perkins Road    Baton Rouge, LA 70808 |
| sp | Jack M. Stolier | Sullivan Stolier Knight, LC    909 Poydras Street, Suite 2600    New Orleans, LA 70112 |
| cr | Parallon Business Solutions, LLC | c/o NeunerPate    1001 W. Pinhook Rd., Suite 200    Lafayette, LA 70503 |
| cr | Richard Hylland | 3500 S Phillips Ave Ste 110    Sioux Falls, SD 57105 |
| cr | De Leo Law Firm | 800 Ramon St.    Mandeville, la 70448 |
| cr | Prime Alliance Bank | 1868 South 500 West    Woods Cross, UT 84087 |
| cr | Siemens Financial Services, Inc. | 170 Wood Avenue South    Iselin, NJ 08830 |
| fa | SOLIC Capital LLC | c/ Neil Luria    1603 Orrington Ave Ste 1600    Evanston, IL 60201 |
| fa | SOLIC Captial Advisors, LLC | c/o Neil Luria    1603 Orrington Ave Ste 1600    Evanston, IL 60201 |
| cr | Wells Fargo Vendor Financial Services, LLC | c/o Mark J. Chaney, III    601 Poydras Street    12th Floor    New Orleans, LA 70130 |
| cr | DHP Iberia Rehab, L.L.C. | 501 West St. Mary Blvd., Suite 210    Lafayette, LA 70506 |
| cr | Business First Bancshares, Inc. d/b/a Business First Bank | Long Law Firm    4041 Essen Lane, Suite 500    Baton Rouge, LA 70809 |
| stkhld | Tom Jacobson | 575 Sioux Point Road    North Sioux City, SD 57049 |
| stkhld | Grant Shumaker | 575 Sioux Point    North Sioux City, SD 57049 |
| stkhld | Steve Meyer | 575 Sioux Point Road    North Sioux City, SD 57049 |
| stkhld | Steve Stokesbary | 575 Sioux Point Road    North Sioux City, SD 57049 |
| stkhld | Ray Sherman | 575 Sioux Point Road    North Sioux City, SD 57049 |
| stkhld | Dan Kensinger | 575 Sioux Point Road    North Sioux City, SD 57049 |
| stkhld | DeAnna W Jensen Living Trust Dated Jan 26, 2012, Dr. Wade Jensen, Trustee | 575 Sioux Point Road    Norht Sioux City, SD 57049 |
| aty | William E. Steffes | Steffes, Vingiello & McKenzie, LLC    13702 Coursey Blvd., Bldg. 3    Baton Rouge, LA 70817 |
| aty | Boris I. Mankovestskiy | Sillis Cummins & Gross, PC    One Riverfront Plaza    Newark, NJ 07102 |
| aty | Cliff A LaCour | 1001 W Pinhook Rd Ste 200    Lafayette, LA 70503 |
| aty | George C. Freeman, III | Barrasso Usdin Kupperman et al    909 Poydras Street, Suite 2400    New Orleans, LA 70112 |

TOTAL: 36